UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WALTER DENNIE,

v.  Case No. 8:00-cr-451-T-17TBM
     8:04-cv-2803-T-17TBM

UNITED STATES OF AMERICA.

_____

O R D E R

The Court denied Defendant's motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255.  Defendant filed a Notice of Appeal. Pursuant to Edwards v. United States, 114 F.3d 1083 (11th Cir. 1997), the Court construes the Notice of Appeal as a request for a certificate of appealability.

To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1]  Defendant has failed to meet this standard.  Therefore, Defendant has failed to satisfy the Slack test. See also, Franklin v. Hightower, 215 F.3d 1196 (11th Cir. 2000).

Accordingly, the Court orders:

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard.  See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

That Defendant's construed application for certificate of appealability (Doc. No. 17) is denied.

ORDERED in Tampa, Florida, on October 5, 2005.

*ELIZABETH A. KOVACHEVICH*
UNITED STATES DISTRICT JUDGE

AUSA: James C. Preston, Jr.

Walter R. Dennie